UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DWAYNE BROWN, # 96518

VERSUS

WARDEN BURL CAIN, ET AL

CIVIL ACTION

00-0243

SECTION SECT. S MAG. 5

### ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ the motion is MOOT; the party was previously granted pauper status.

☑ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

New Orleans, Louisiana, this 15 day of February, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY FEB 16 2000