

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DWAYNE BROWN                                    CIVIL ACTION

VERSUS                                          NO. 00-0243

N. BURL CAIN, WARDEN                            SECTION "S" (5)

ORDER OF RECUSAL

I hereby recuse myself pursuant to the provisions of 28 U.S.C. § 455 (a), because my husband, as a Justice on the Supreme Court of Louisiana, participated in the denial of petitioner's request for a supervisory and/or remedial writ. See *State ex rel Brown v. State*, 1999 WL 1202143 (La.).

New Orleans, Louisiana, this 17th day of February, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

TRANSFERRED TO
SECT. C

1

DATE OF ENTRY FEB 18 2000

