U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 31 2000
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DWAYNE BROWN | * | CIVIL ACTION |
| --- versus --- | * | DOCKET NUMBER: 00-243 |
| BURL CAIN, Warden | * | SECTION: " C " ( 5 ) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF INTENT TO APPEAL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAY IT PLEASE THE COURT:

NOW INTO COURT comes <u>DWAYNE BROWN</u>, pro se, petitioner, who Respectfully notifies this Honorable Court of his intent to appeal the decision had in the above captioned cause on July 17, 2000, for the foregoing reasons, to wit:

1

Petitioner asserts that this Honorable Court erred in applying the provisions of 28 U.S.C. 2244(d)(2), governing the equitable tolling of the time from the direct appeal to that of post-conviction.

2

Petitioner asserts that this Honorable Court erred in it's application of 28 U.S.C. 2244(d)(1)(B).

3

WHEREFORE, petitioner now notifies this Honorable Court of his intent to Appeal to the UNITED STATES Fifth Circuit Court of Appeal.

Fee not paid
Process
X Dktd
X CtRmDep
Doc.No. 12

- - 1 - -

RESPECTFULLY SUBMITTED BY:

*/s/ Dwayne Brown 96518*

DWAYNE BROWN     PDOC# 096518
Louisiana State Penitentiary
Camp "C"        --     Wolf 2
Angola, Louisiana      70712


CERTIFICATE OF SERVICE

I, DWAYNE BROWN, do hereby certify that a copy of the foregoing NOTICE OF INTENT TO APPEAL has been served upon ALL Parties by placing said copy properly addressed with pre-paid postage affixed thereto in the U.S. Mail Repository, here at Louisiana State Penitentiary, Angola, Louisiana, on this the 24 DAY OF JULY, 2000.

*/s/ Dwayne Brown*

DWAYNE    BROWN

-- 2 --