

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAYNE BROWN | CIVIL ACTION |
| versus | NO. 00-0243 |
| BURL CAIN, WARDEN | SECTION "C" (5) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein, as supplemented and amended by the Court's separate Order and Reasons addressing equitable tolling;

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2 day of August 2000.

HELEN G. BERRIGAN,
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG - 3 2000