```
                                        FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                             2000 SEP -5  AM 9: 23

                               LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Dwayne Brown #96518                    CIVIL ACTION

VERSUS                                 NO. 00-243

Burl Cain                              SECTION "C" (5)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

[X] a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

Whether the time limitation for filing in federal court should have been equitably tolled because of difficulty petitioner had in obtaining transcripts and records from the state court to prepare his state postconviction petition.

[ ] a certificate of appealability shall not be issued for the following reason(s):

_____
_____
_____
_____

Date: 9/5/2000                         [signature]

                                       UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP - 5 2000

Fee_____
Process___
X/ Dktd___
✓ CtRmDep___
Doc.No. 15